1  **Serita Rios, SBN# 246568**
   **Law Office of Serita Rios**
2  **2014 Tulare Street, Suite 600**
   **Fresno, California 93721**
3  **Telephone (559) 224-1800**
   **Facsimile (559) 224-1806**
4  **serita@seritarioslaw.com**

5

   Attorney for Defendant JUAN IGNACIO VALENZUELA
6

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12
   THE UNITED STATES OF AMERICA,      )  Case No.  1:14-CR-00131-LJO
13                                      )
                          Plaintiff,    )  **STIPULATION TO CONTINUE**
14        vs.                           )  **SENTENCING HEARING & ORDER**
                                        )
15  JUAN IGNACIO VALENZUELA,            )
                                        )  Date: February 25, 2019
16                                      )  Time: 8:30 a.m.
                          Defendant.    )  Court: Hon. Lawrence J. O'Neill
17                                      )
                                        )
18  _____ )

19       A continuance has been requested by attorney Serita Rios, counsel for JUAN

20  VALENZUELA. Ms. Rios is in the process of having Mr. Valenzuela assessed by Kathy

21  Grinstead, a substance abuse specialist, for a recommendation of treatment in a long-term

22  substance abuse treatment facility. Ms. Rios has been in contact with United States Probation

23

24  Officer Marlene DeOrian who is willing to consider the assessment prior to preparing her

25  sentencing recommendation. Ms. Rios was recently notified that Ms. Grinstead's assessment has

26  been delayed due to a family emergency.

27

28

1    IT IS HEREBY STIPUALTED by and between the parties hereto, and through their

2

3    respective attorneys of record, that the sentencing hearing in the above-captioned matter currently

     set for February 25, 2019, at 8:30 a.m. be continued to March 11, 2019, at 8:30 a.m.

4

5    IT IS FURTHER STIPULATED that time be excluded in the interests of justice pursuant

6    to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

7

8

     Dated: February 15, 2019
9                                              /s/ SERITA RIOS
                                               _____
10                                             **Serita Rios**
                                               Attorney for Defendant
11

12   Dated: February 15, 2019

13                                              /s/ KIMBERLY A. SANCHEZ

14                                             _____
                                               **KIMBERLY A. SANCHEZ**
15                                             Assistant United States Attorney

16

17

     ----------------------------------------------------------------------------------------------------------------------
18

19                                           **ORDER**

20

21
     IT IS SO ORDERED.
22

23       Dated:   **February 18, 2019**          **/s/ Lawrence J. O'Neill** _____
                                               UNITED STATES CHIEF DISTRICT JUDGE
24   .

25

26

27

28