IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN IGNACIO VALENZUELA,<br><br>Defendant. | Case No.: 1:14-CR-00131-001 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held March 12, 2019. The defendant has been accepted to the Salvation Army, an inpatient facility located in Fresno, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on August 6, 2018. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 6 months, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

///

///

///

///

Status Conference set for April 15, 2019, at 8:30am. before Judge O'Neill. The defendant shall be released on Tuesday, April 2, 2019 at 9:00am, to a representative of the Salvation Army Residential Drug Treatment Program.

IT IS SO ORDERED.

Dated: __**March 15, 2019**__      _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE