IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN IGNACIO VALENZUELA,<br><br>Defendant. | Case No.: 1:14-CR-00131 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held November 4, 2019. The defendant has been accepted to Teen Challenge, an inpatient facility located in Fresno, California. The defendant shall be released with the same previously ordered conditions of supervised release (that were issued on August 6, 2018). The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of not less than 12 months for substance abuse detoxification services if deemed necessary.

///

///

///

///

Status Conference set for January 27, 2020, at 8:30am before Judge O'Neill. The Defendant will not have to be present at that status hearing if he is doing well at the program, and written proof is presented at or before the hearing. The defendant shall be released on Monday, November 11, 2019 at 7:30am to a representative of the Teen Challenge Program for transport to the Central Valley Teen Challenge Program located at 42675 Road 44 in Reedley, California 93654.

IT IS SO ORDERED.

Dated: __**November 6, 2019**__    _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE