**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JUAN IGNACIO VALENZUELA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:14-CR-00131-NONE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
| vs. | |
| JUAN IGNACIO VALENZUELA, | Date: February 21, 2020 |
| Defendant. | Time: 8:30 a.m. |

IT IS HEREBY STIPULATED by the defendant, JUAN VALENZUELA, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Kimberly Sanchez, that the Status Conference hearing currently set for February 21, 2020 be continued to May 22, 2020.

A status conference hearing was initially set for this month to follow up on Mr. Valenzuela's participation in the Teen Challenge substance abuse and alcohol treatment program. On February 14, 2020, the Teen Challenge Program submitted a progress update on

Mr. Valenzuela's behalf which confirmed that Mr. Valenzuela is still enrolled in the program and is in good standing. For these reasons, the parties are in agreement to continue the currently set Status Conference hearing to May 22, 2020.

IT IS SO STIPULATED.

Dated: February 18, 2020

/s/ SERITA RIOS
_____
**Serita Rios**
Attorney for Defendant

Dated: February 18, 2020

/s/ KIMBERLY SANCHEZ
_____
**Kimberly Sanchez**
Assistant United States Attorney

---

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for February 21, 2020 is hereby continued to May 22, 2020 at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated: **February 18, 2020**

_____
UNITED STATES DISTRICT JUDGE